FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 DEC -9 P 3: 27

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

LAZARO DESPAIGNE BORRERO,        )
                                 )
            Petitioner,          )
                                 )
    v.                           )        CV 313-057
                                 )
U.S. DEPARTMENT OF JUSTICE, et al., )
                                 )
            Respondents.         )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc.

nos. 7, 8).[1]  Accordingly, the Magistrate Judge's R&R is **ADOPTED** as the opinion of

the Court, the motion to proceed *in forma pauperis* is **DEEMED MOOT** (doc. no 2), and

this case is **DISMISSED and CLOSED**.

SO ORDERED this _____ day of December, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner requested, and was granted, an extension of time in which to object to
the R&R. (Doc. nos. 5, 6.)  However, nearly all of the arguments raised in Petitioner's
objections are conclusory or restate arguments previously raised in his § 2241 petition,
and the remainder are without merit. (See doc. nos. 7, 8.)  Because Petitioner's
objections do not provide any reason to depart from the Magistrate Judge's conclusions
in the R&R, they are **OVERRULED**.